IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JACK CLAUDE FRENCH, Individually And as Representative of all other Wrongful Death Claimants for the death Of Barbara Summers French, | § § § § § | |
| V. | § § | Cause Number 4:04–CV–409-Y |
| FORD MOTOR COMPANY and TEXAS MOTORS FORD CO., INC., | § § § | |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal [document number 84] by and between plaintiff, Jack Claude French, Individually, and as Representative of the Estate of Barbara Summers French, Deceased, and on behalf of all persons entitled to recover for the death of Barbara Summers French, Deceased, under the Texas Wrongful Death/Survival Acts, Russell French, Jamie French, and Jerry French, and Defendants, Ford Motor Company and Texas Motors Ford Co., Inc.

It is, THEREFORE, ORDERED by the Court that in accordance with the joint stipulation, Plaintiff's claims against Ford Motor Company and Texas Motors Ford Co., Inc. are hereby DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P.41(a)(1), with costs taxed against the parties incurring same

SIGNED: February 17, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:

LAW OFFICES OF B. THOMAS MCELROY
4809 Cole Avenue, Suite 212
Dallas, TX 75205
(214) 516300
(214) 521-6352 (fax)



By: _____/s/ B. Thomas McElroy___
       B. Thomas McElroy
       State Bar No. 13585000

ATTORNEYS FOR PLAINTIFFS



THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Avenue, Suite 1500
Austin, Texas 78701
512-708-8200
512-708-8777 TELECOPIER



By:   /s/ Ronald D. Wamsted____
       Ronald D. Wamsted
       State Bar No. 20832000

ATTORNEYS FOR DEFENDANTS